Dismissed and Memorandum Opinion filed May 3, 2007








Dismissed
and Memorandum Opinion filed May 3, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01010-CV

____________

 

MELISSA WENDT, Individually, Appellant

 

V.

 

BRADLEY PARKER and PARKER ELECTRIC, Appellees

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 2003-17658

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 21, 2006.  On April 26, 2007,
appellant filed a motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 3,
2007.

Panel consists of Justices Yates, Edelman, and Seymore.